IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY | ) |
| | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No: 1:24-CV-00315 |
| | ) |
| CORRECTIONAL TECHNOLOGIES, INC., d/b/a CORTECH USA, VDL INDUSTRIES, LLC, d/b/a AMERICAN SHAMROCK, and NORIX GROUP, INC., | ) ) ) |
| | ) |
| *Defendants.* | ) |

**WEST BEND'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

NOW COMES the Plaintiff, WEST BEND MUTUAL INSURANCE COMPANY ("West Bend"), by and through its attorney, Peter G. Syregelas of Lindsay, Pickett & Postel, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives this Honorable Court its Notice of Dismissal of this action.

Respectfully submitted,

**WEST BEND MUTUAL INSURANCE COMPANY**

By: /s/Peter G. Syregelas

Peter G. Syregelas
ARDC # 6290882
psyregelas@lpplawfirm.com
312-970-5661
LINDSAY, PICKETT & POSTEL, LLC
200 W. Madison Street, Suite 3850
Chicago, Illinois 60606
*Attorneys for Plaintiff*
*West Bend Mutual Insurance Company*