# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:24-CV-00315 |
| | ) Judge Sharon J. Coleman |
| | ) |
| CORRECTIONAL TECHNOLOGIES, INC, d/b/a CORTECH USA, VDL INDUSTRIES, LLC, d/b/a AMERICAN SHAMROCK, and NORIX GROUP, INC., | ) |
| | ) |
| *Defendants,* | ) |

## NOTICE OF MOTION

PLEASE BE ADVISED that on **April 10, 2024, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Coleman or any judge sitting in their stead in Courtroom 1241 to present the following: *Motion to Revise the Court's Minute Entry of March 14, 2024.*

Respectfully submitted,

LINDSAY, PICKETT & POSTEL, LLC

By: */s/Samit S. Minhas*
Peter G. Syregelas (6290882)
Direct Phone: 312-970-5661
psyregelas@lpplawfirm.com
Samit S. Minhas (6344244)
Direct Phone: 312-995-6576
sminhas@lpplawfirm.com
200 W. Madison St., Suite 3850
Chicago, Illinois 60606
***Attorneys for Plaintiff West Bend***

**PROOF OF SERVICE**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the within pleadings were served upon counsel herein via electronic filing system on **March 14, 2024**

By: Mariam Elassal melassal@lpplawfirm.com
**LINDSAY, PICKETT & POSTEL, LLC**