**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY )<br> )<br>*Plaintiffs,* )<br>v.  )<br> )<br>CORRECTIONAL TECHNOLOGIES, INC., d/b/a )<br>CORTECH USA, VDL INDUSTRIES, LLC, d/b/a )<br>AMERICAN SHAMROCK, and NORIX GROUP, INC., )<br> )<br>*Defendants.* ) | Case No: 1:24-CV-00315 |

**ORDER**

This matter coming forth for presentment of Plaintiff's Motion to Revise the Court's Minute Entry of March 14, 2024 (Doc. 13), due notice given, and the court advised; **IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED and Doc. 13 is revised as follows:

   a. MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 3/14/2024. Counsel for plaintiff reported that the parties have reached a stipulation this morning and counsel will file a notice of voluntary dismissal after court. Pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), and the agreed stipulation between the parties, this case is dismissed without prejudice, however the Court will not retain jurisdiction. Plaintiff is not barred from filing suit for declaratory judgment under a new case number if necessitated by a future tender made to it by its insured. Civil case terminated.

ENTER:

DATED: April 10, 2024

Sharon Johnson Coleman
United States District Judge